ORIGINAL

FILED

11/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0485

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 24-0485

| | |
|---|---|
| DAREN ENGELLANT, individually and acting as Personal Representative of THE ESTATE OF GREGORY ENGELLANT, <br><br>     Plaintiff/Appellant/Cross-Appellee, <br><br> vs. <br><br> CROWLEY FLECK, PLLP, a Montana professional limited liability partnership; and DANIEL N. MCLEAN, an individual, <br><br>     Defendants/Appellees/Cross-Appellants. | **ORDER ON APPELLEES CROWLEY FLECK, PLLP, AND DANIEL MCLEAN'S MOTION TO MAINTAIN AS SEALED PORTION OF DISTRICT COURT TRANSCRIPT** |
| CROWLEY FLECK, PLLP, a Montana professional limited liability partnership; and DANIEL N. MCLEAN, an individual, <br><br>     Third-Party Plaintiffs, <br><br> vs. <br><br> KENNETH ENGELLANT and SHANA DIEKHANS, <br><br>     Third-Party Defendants. | |

Appellees/Cross-Appellants Crowley Fleck, PLLP, and Daniel N. McLean (collectively Crowley Fleck) moved this Court for an Order directing that the sealed portion of the District Court transcript, which the District Court ordered be sealed, remain sealed on appeal.

FILED

NOV 12 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

For good cause shown, it is hereby ORDERED that:

1: When the court reporter and/or the clerk of the District Court transmit the transcript of the District Court proceedings to any party to this case, including Appellees, they shall only transmit a transcript reflecting the parts of the proceedings that were not ordered sealed by the District Court; the sealed portion of the transcript shall be redacted. The sealed portion of the transcript is located at Trial Day 7, June 11, 2024, pp. 134-136. The court reporter and/or the clerk of the District Court shall not transmit to any party to this case, or to any other person or entity except for this Court, an unredacted copy of the transcript of the portion of the District Court proceedings that the District Court ordered sealed, which is located at Trial Day 7, June 11, 2024, pp. 134-136, absent further Order by this Court or by the District Court.

2: The court reporter and/or the clerk of the District Court, once the transcript of the District Court proceedings is completed, shall transmit to this Court two versions of the transcript. One version of the transcript shall contain only the parts of the proceedings that were not ordered sealed by the District Court, and shall redact pp. 134-136 from Trial Day 7, June 11, 2024; this version shall be maintained in the normal course of business by the Clerk of the Supreme Court. The other version of the transcript shall contain the full transcript of the District Court proceedings, including the part of the proceedings that was ordered sealed by the District Court, which is Trial Day 7, June 11, 2024, pp. 134-136; this version shall be maintained under seal by the Clerk of the Supreme Court, and shall not be released to any other person or entity absent further Order by this Court.

3: The court reporter shall prepare the version of the transcript containing the sealed proceedings and the version of the transcript that does not contain the sealed

2

proceedings in a manner that keeps the pagination of both versions of the transcript identical.

DATED this 12 day of November, 2024.

For the Court,

By _____
Chief Justice